JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEWART THOMPSON,

Plaintiff,

v.

NB PALMILLA LLC; NBPL REAL ESTATE LLC; and DOES 1-10,

Defendants.

Case No. 8:26-cv-02500-AB-ADSx

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

Dated: October 27, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE